# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00120-MR

| | |
|---|---|
| CAROLINE ARLEEN WELLS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. 2].

The Plaintiff, who is represented by counsel, seeks to proceed with this civil action without having to prepay the costs associated with prosecuting the matter. The Plaintiff's motion, however, fails to provide all of the information that the Court requires to determine whether the Plaintiff has sufficient resources from which to pay the filing fee for this action. Consequently, the Plaintiff's motion is denied without prejudice. Should the Plaintiff refile her motion, she should use the Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (AO 239), which is available through the Court's website, http://www.ncwd.uscourts.gov.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. 2] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Plaintiff shall file an Amended Application, using AO Form 239, within thirty (30) days of entry of this Order. **Failure to file an Amended Application within the time required will result in the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

Signed: May 15, 2018

Martin Reidinger
United States District Judge