THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00120-MR

CAROLINE ARLEEN WELLS,       )
                             )
             Plaintiff,      )
                             )
vs.                          )        **O R D E R**
                             )
                             )
NANCY A. BERRYHILL, Acting   )
Commissioner of Social Security, )
                             )
             Defendant.      )
_____ )

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 12].

For the reasons stated in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 12] is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: November 6, 2018

Martin Reidinger
United States District Judge